1

2  RYAN RICHARDSON, City Attorney, SBN 223548
   MARIA BEE, Chief Assistant City Attorney, SBN 167716
   ALLISON L. EHLERT, Deputy City Attorney, SBN230362
3  CHRISTINA LUM, Deputy City Attorney, SBN 278324
   One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California 94612
   Telephone: (510) 238-4483; Fax: (510) 238-6500
5  Email: clum@oaklandcityattorney.org
   X05197/

6  Attorneys for Defendant,
   CITY OF OAKLAND

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION
10

11 | DEMETRIUS A. WRIGHT,              | Case No. 3:20-cv-07068-JD
12 |         Plaintiff,                |
                                        | **STIPULATION OF DISMISSAL**
13 | v.                                 |
14 | CITY OF OAKLAND, et al.,           |
15 |         Defendant.                 |

16

17

18

19

20

21

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Respectfully submitted,

Dated: September 30, 2025      RYAN RICHARDSON, City Attorney

By: _____
CHRISTINA LUM, Deputy City Attorney
Attorneys for Defendant
CITY OF OAKLAND

Dated:                 08/25/2025

By: Demetrius A. Wright
DEMETRIUS A. WRIGHT
*Plaintiff in Pro Se*

[PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders the case dismissed.

**IT IS SO ORDERED.**

Dated: 10/1/2025

By _____
Hon. James Donato
United States District Judge